# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK L. GLASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:10-cv-00470-JHE |
| ) | |
| SUPREME BEVERAGE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF REASSIGNMENT

This action was assigned to the undersigned magistrate judge pursuant to the Court's General Order of Referral of Civil Matters to Magistrate Judges. Because the parties have not consented to the exercise of final jurisdiction by the magistrate judge under 28 U.S.C. § 636(c), the undersigned filed a report and recommendation Defendant's motion for summary judgment be granted in part and denied in part. (Docs. 63 & 66).[1] Defendant has filed objections. (Doc. 65). In accordance with the Paragraph Six of the General Order, the case is now due to be assigned to a district judge for all further proceedings. Consequently, the Clerk is DIRECTED to reassign this case to a district judge randomly drawn.

DONE this 9th day of April 2014.

_____
JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned entered a report and recommendation on February 4, 2014, (doc. 63), and an amendment thereto on March 25, 2014, (doc. 66).